IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:24-cr-00031-CB-1 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| JOHN COURTNEY POLLARD, | ) | |
| | ) | |
| Defendant. | ) | |

### CHANGE OF PLEA

AND NOW, this 3rd day of December, 2025, Defendant JOHN COURTNEY POLLARD, withdraws his plea of not guilty and pleads guilty in open court to Count 1 of the Indictment.

_____
(Defendant's Signature)

_____
(Signature of Attorney for Defendant)