IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-31 |
| | ) | |
| JOHN COURTNEY POLLARD | ) | |

### SUPPLEMENT TO SENTENCING MEMORANDUM

John Pollard, by his attorney, Kathryn Dyer, respectfully files this

Supplement to Mr. Pollard's Sentencing Memorandum.

1. Exhibit K is a letter from Phil Morris, a close friend of Mr. Pollard's with whom he resides.

Mr. Pollard respectfully requests that the Court consider this letter, in

addition to all the other information provided in his Sentencing Memorandum in

consideration of sentencing today.

Respectfully submitted:

/s/ *Kathryn Dyer*
Kathryn Dyer
Assistant Federal Public Defender